# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2019

## NO. 03-18-00764-CV

**Theresa Johnson, Appellant**

**v.**

**Monica Velez, Kylie Riney, Kathryn Miller, and Patrice Wise, Appellees**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the final order signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.